ELECTRONICALLY FILED
DOC #: _____
DATE FILED FEB 0 9 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

     - v. -

ANDRE BERNARD,
  a/k/a "Murder," and
ROBERT JONES,
  a/k/a "Fat Rob,"

       Defendants.

- - - - - - - - - - - - - - x

INDICTMENT

06 Cr.

**06CRIM. 147**

JUDGE RAKOFF

## COUNT ONE

The Grand Jury charges:

1.  From at least on or about July 26, 2005, through on or about July 28, 2005, in the Southern District of New York, ANDRE BERNARD, a/k/a "Murder," and ROBERT JONES, a/k/a "Fat Rob," the defendants, and others known and unknown, unlawfully, willfully and knowingly conspired to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, a robbery of an individual meeting them to purchase cocaine in the vicinity of Baychester Avenue in the Bronx, New York, and thereby obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

2.  On or about July 28, 2005, in the Southern District of New York, ANDRE BERNARD, a/k/a "Murder," and ROBERT JONES, a/k/a "Fat

Rob," the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, BERNARD and JONES used, carried, and possessed a firearm during and in relation to the offense described in Count One, and in furtherance of such crime, and discharged the firearm at an individual meeting BERNARD and JONES to purchase cocaine, in the vicinity of Rombouts Avenue in the Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

ANDRE BERNARD,
   a/k/a "Murder," and
ROBERT JONES,
   a/k/a "Fat Rob,"

Defendants.

## INDICTMENT

06 Cr. _____

(Title 18, United States Code, Sections
   1951, 924(c)(1)(A)(iii), and 2)

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL.

_____
Foreperson.

2/9/06 Filed Indictment Case assigned to Judge Rakoff
VD

Pitman
U.S.M.J